**Lucius DUNMARS, Jr., Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 03–3142.

United States Court of Appeals, Federal Circuit.

April 15, 2003.

### ORDER

The order of dismissal and the mandate dated March 28, 2003 having been issued in error, the same hereby are, VACATED and RECALLED, and the notice of appeal is REINSTATED.

Petitioner's brief is due within 21 days from the date of this order.